Argued September 18, affirmed September 28, 1972

# STATE OF OREGON, *Respondent, v.*
# LESTER EDWARD MADDEN
## (No. 71-1055-C), *Appellant.*

501 P2d 71

*William G. Purdy,* Medford, argued the cause for appellant. With him on the briefs were Frohnmayer & Deatherage, Medford.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry and Fort, Judges.

PER CURIAM.

Upon trial by jury in the district court, defendant was convicted of driving while under the influence of intoxicating liquor and sentenced to 60 days in jail. He appealed to the circuit court pursuant to ORS 157.080, and upon trial de novo was found guilty and sentenced to 90 days in jail. On appeal to this court he argues that it was constitutional error for the circuit court to impose a sentence greater than that imposed by the district court.

We find to the contrary. *State v. Turner,* 247 Or 301, 316, n 3, 429 P2d 565 (1967); *Colten v. Kentucky,* 407 US 104, 92 S Ct 1953, 32 L Ed 2d 584 (1972).

Affirmed.